SHA-1 Hash: DDD535C0C54E46380D01DE38C02F3CB7DE8CEECB      **Title:** Performers of the Year 2012
**Rights Owner:** Patrick Collins

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.0.149.34 | 8/17/2012 23:24 | Jersey City | NJ | Comcast Cable | BitTorrent |
| 2 | 68.37.217.231 | 6/22/2012 2:52 | Bloomfield | NJ | Comcast Cable | BitTorrent |
| 3 | 68.38.195.186 | 8/26/2012 21:03 | Jersey City | NJ | Comcast Cable | BitTorrent |
| 4 | 68.39.113.27 | 8/23/2012 3:03 | Egg Harbor Township | NJ | Comcast Cable | BitTorrent |
| 5 | 68.45.136.204 | 7/13/2012 4:25 | Mount Laurel | NJ | Comcast Cable | BitTorrent |
| 6 | 68.83.100.72 | 6/19/2012 23:16 | Cape May | NJ | Comcast Cable | BitTorrent |
| 7 | 68.84.236.248 | 7/26/2012 20:41 | Voorhees | NJ | Comcast Cable | BitTorrent |
| 8 | 69.141.193.246 | 8/4/2012 5:16 | Trenton | NJ | Comcast Cable | BitTorrent |
| 9 | 69.141.27.52 | 6/17/2012 3:44 | Jersey City | NJ | Comcast Cable | BitTorrent |
| 10 | 69.141.78.57 | 8/6/2012 2:20 | Hainesport | NJ | Comcast Cable | BitTorrent |
| 11 | 69.142.241.172 | 8/12/2012 22:38 | Rumson | NJ | Comcast Cable | BitTorrent |
| 12 | 69.142.82.0 | 8/4/2012 6:20 | Browns Mills | NJ | Comcast Cable | BitTorrent |
| 13 | 69.248.106.91 | 8/6/2012 23:03 | Gloucester City | NJ | Comcast Cable | BitTorrent |
| 14 | 69.248.201.163 | 6/22/2012 23:36 | Barrington | NJ | Comcast Cable | BitTorrent |
| 15 | 76.116.14.94 | 7/12/2012 19:51 | Hillsborough | NJ | Comcast Cable | BitTorrent |
| 16 | 76.116.25.166 | 7/13/2012 5:00 | Riverton | NJ | Comcast Cable | BitTorrent |
| 17 | 76.117.145.133 | 7/25/2012 12:08 | Union | NJ | Comcast Cable | BitTorrent |
| 18 | 76.117.94.24 | 7/6/2012 3:36 | Flemington | NJ | Comcast Cable | BitTorrent |
| 19 | 174.44.15.204 | 7/21/2012 22:57 | Basking Ridge | NJ | Optimum Online | BitTorrent |
| 20 | 24.44.190.144 | 8/22/2012 19:57 | Paterson | NJ | Optimum Online | BitTorrent |
| 21 | 24.47.52.32 | 8/18/2012 12:51 | West New York | NJ | Optimum Online | BitTorrent |
| 22 | 67.82.124.98 | 7/2/2012 2:38 | Tenafly | NJ | Optimum Online | BitTorrent |
| 23 | 67.82.57.14 | 8/16/2012 2:35 | Lakewood | NJ | Optimum Online | BitTorrent |

EXHIBIT A

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 24 | 67.84.68.36 | 7/4/2012 23:51 | Hoboken | NJ | Optimum Online | BitTorrent |
| 25 | 68.197.102.98 | 6/28/2012 0:34 | Trenton | NJ | Optimum Online | BitTorrent |
| 26 | 68.199.101.109 | 7/27/2012 0:07 | Clifton | NJ | Optimum Online | BitTorrent |
| 27 | 69.116.147.73 | 8/5/2012 10:48 | Haledon | NJ | Optimum Online | BitTorrent |
| 28 | 69.118.127.123 | 7/22/2012 4:39 | Edison | NJ | Optimum Online | BitTorrent |
| 29 | 74.90.12.182 | 8/14/2012 22:55 | Maywood | NJ | Optimum Online | BitTorrent |
| 30 | 96.57.144.226 | 7/2/2012 0:12 | Somerville | NJ | Optimum Online | BitTorrent |
| 31 | 100.1.91.167 | 8/24/2012 2:57 | Fort Lee | NJ | Verizon FiOS | BitTorrent |
| 32 | 74.102.37.115 | 8/29/2012 4:55 | Roselle | NJ | Verizon FiOS | BitTorrent |
| 33 | 108.35.39.115 | 6/23/2012 16:26 | Jersey City | NJ | Verizon Internet Services | BitTorrent |
| 34 | 108.5.130.116 | 8/4/2012 19:33 | Monroe Township | NJ | Verizon Internet Services | BitTorrent |
| 35 | 108.53.9.252 | 7/17/2012 4:43 | Paterson | NJ | Verizon Internet Services | BitTorrent |
| 36 | 173.54.17.209 | 8/4/2012 19:46 | Hackensack | NJ | Verizon Internet Services | BitTorrent |
| 37 | 173.63.239.21 | 7/24/2012 9:28 | Union | NJ | Verizon Internet Services | BitTorrent |
| 38 | 173.71.114.37 | 7/18/2012 8:44 | Trenton | NJ | Verizon Internet Services | BitTorrent |
| 39 | 173.71.126.89 | 6/30/2012 7:24 | Audubon | NJ | Verizon Internet Services | BitTorrent |
| 40 | 71.127.192.161 | 8/11/2012 8:16 | Plainfield | NJ | Verizon Internet Services | BitTorrent |
| 41 | 71.172.28.151 | 8/4/2012 22:41 | Brick | NJ | Verizon Internet Services | BitTorrent |
| 42 | 71.187.201.189 | 6/30/2012 3:33 | Highland Park | NJ | Verizon Internet Services | BitTorrent |
| 43 | 71.187.21.12 | 6/25/2012 14:32 | Jersey City | NJ | Verizon Internet Services | BitTorrent |
| 44 | 71.251.222.191 | 8/2/2012 17:03 | Jersey City | NJ | Verizon Internet Services | BitTorrent |
| 45 | 74.105.26.109 | 8/4/2012 6:07 | Roselle | NJ | Verizon Internet Services | BitTorrent |
| 46 | 74.105.78.240 | 6/23/2012 15:25 | Maplewood | NJ | Verizon Internet Services | BitTorrent |
| 47 | 96.235.147.151 | 6/30/2012 10:45 | Maple Shade | NJ | Verizon Internet Services | BitTorrent |
| 48 | 96.242.238.189 | 8/9/2012 3:25 | Toms River | NJ | Verizon Internet Services | BitTorrent |

EXHIBIT A

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 49 | 98.109.108.110 | 7/24/2012 15:18 | Fairview | NJ | Verizon Internet Services | BitTorrent |
| 50 | 98.109.131.175 | 7/30/2012 10:43 | Westfield | NJ | Verizon Internet Services | BitTorrent |

EXHIBIT A

CNJ24