UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

PATRICK COLLINS                          :

                Plaintiff                :        Civil Action No. 12-3908(KSH)

        v.                               :

JOHN DOES 1-43,                          :

                Defendant                :

_____

PATRICK COLLINS                          :

                Plaintiff                :        Civil Action No. 12-5815(FSH)

        v.                               :

JOHN DOES 1-50,                          :

                Defendant                :

_____:

ORDER

        This matter having come before the Court by way of motions for Orders directing

Cablevision to show cause why sanctions should not be imposed for its failure to comply with a

subpoena plaintiff served upon it;

        and the Court having conducted a telephone conference on the record on December 11,

2012;

        and the Court having proposed a resolution that addresses Cablevision's concern about

producing subscriber information and moots the motion to compel;

        and the plaintiff agreeing to the resolution;

and for the reasons discussed on the record;

IT IS ON THIS 11th day of December, 2012

ORDERED that the motions for an order directing Cablevision to show cause why sanctions should not be imposed for its failure to comply with plaintiff's subpoena  [Civ. No. 12-3908, ECF No. 24; Civ. No. 12-5815, ECF No. 13] are terminated as unnecessary; and

IT IS FURTHER ORDERED that the plaintiff shall provide the Court with the original subpoena for its endorsement and include reference to the Cable Act, 47 U.S.C. § 551.  The reference shall also state that the inclusion of the reference to the Cable Act is not a finding that it applies to internet service providers.

<u>s/Patty Shwartz</u>
**UNITED STATES MAGISTRATE JUDGE**